UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIDEWATER HOLDINGS, INC. and TIDEWATER BARGE LINES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>XL INSURANCE COMPANY SE, as successor to LA RÉUNION FRANÇAISE,<br><br>Defendant. | NO. 3:24-cv-05050<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11, Plaintiffs Tidewater Holdings, Inc. and Tidewater Barge Lines, Inc. ("Tidewater") and Defendant XL Insurance Company SE, as successor to La Réunion Française ("La Réunion") hereby advise the Court that a settlement has been reached between Tidewater and La Réunion.

Counsel for the parties are currently drafting settlement documents. As soon as such documents are executed and the settlement is otherwise finalized, Tidewater and La Réunion will file a stipulated notice of voluntary dismissal. The parties respectfully request that 60 days be allowed for them to do so, and that all case schedule deadlines be vacated.

NOTICE OF SETTLEMENT - 1

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 14th day of February, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By   s/ *Brendan Winslow-Nason*
    Brendan Winslow-Nason, WSBA #39328
    Matthew F. Pierce, WSBA #34019
    Katherine S. Wan, WSBA #58647
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    bwinslow-nason@gordontilden.com
    mpierce@gordontilden.com
    kwan@gordontilden.com

**KENNEDYS CMK LLP**
Attorneys for Defendant

By   s/ *Forrest Booth*
    Forrest Booth
    Colin Crug
    455 Market Street, Suite 1900
    San Francisco, CA 94105
    415.323.4460
    forrest.booth@kennedyslaw.com
    colin.crug@kennedyslaw.com